**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**
**MSL LIQUIDATORS OF ARIZONA, LLC**

**Case No.: 6:14-bk-01775-KSJ**
**Chapter 11**
**EIN: 27-1889740**

**Debtor.**
_______________________________________________/

**EXHIBIT "A" TO VOLUNTARY PETITION**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is**: N/A**

2. The following financial data is the latest available information and refers to the debtor's condition on **January 31, 2014**.

| | | | |
|---|---|---|---|
| a. | Total assets | $ Unknown | |
| b. | Total debts (including debts listed in 2.c., below) | $ Unknown | |
| | | | Approximate number of holders |
| c. | Debt securities held by more than 500 holders. | | **0** |
| | Secured// unsecured // subordinate// | $____________ | _______ |
| | Secured// unsecured // subordinate// | $____________ | _______ |
| | Secured// unsecured // subordinate// | $____________ | _______ |
| | Secured// unsecured // subordinate// | $____________ | _______ |
| | Secured// unsecured // subordinate// | $____________ | _______ |
| d. | Number of shares of preferred stock | ____________ | 0 |
| e. | Number of shares common stock | ____________ | 0 |

Comments, if any: Privately-held Arizona limited liability company

3. Brief description of debtor's business: **Hotel furniture liquidator.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Morris Sherman